UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **LOREN STIDUM**<br>Plaintiff<br>Vs.<br>**FRANK MARCO,**<br>**TEEN CHALLENGE NEW ENGLAND, INC.**<br>Defendants | CIVIL ACTION NO.:<br>3·08CV993(JCH)<br>308CV00993<br>JULY 1, 2008 |

**COMPLAINT**

I.  PRELIMINARY STATEMENT

1.  This action is brought pursuant to 28 U.S.C. Section 1346(b)(1). This action seeks monetary damages for personal injuries caused by the negligent operation of a motor vehicle by a government employee while acting within the scope of his office or employment.

II. JURISDICTION AND VENUE

2.  Jurisdiction is invoked pursuant to 28 U.S.C. Section 1346(b)(1).

3.  Venue in the District of Connecticut is invoked pursuant to 28 U.S.C. Section 1391.

III. PARTIES

4.  The plaintiff, Loren Stidum, is a citizen of the United States and resides in Windsor Locks, Connecticut.

5.  The defendant, Frank Marco, is a citizen of the United States and resides in Brockton, Massachusetts. The defendant, Frank Marco, was at all times material hereto an agent, servant, or employee of the defendant, Teen Challenge New England, Inc., and at the time of the subject accident was acting within the course and scope of his agency or employment.

6.  The defendant, Teen Challenge New England, Inc., was at all times material hereto a federal agency which employed the defendant, Frank Marco, and which was the owner of the motor vehicle involved in the subject accident.

IV. STATEMENT OF CLAIM FOR RELIEF

Federal Tort Claim as against Defendants Frank Marco and Teen Challenge New England, Inc.

7.  Paragraphs 1-6 are hereby incorporated into this Claim for Relief as if fully set forth therein.

8.  On or about July 2, 2006, at approximately 12:15 p.m., the plaintiff, Loren Stidum, was operating a 2002 Kia owned by her which was proceeding in a southerly direction in the right center lane on Interstate 91 South near the point of its intersection with Exit 9, public streets or highways located in North Haven, Connecticut.

9.  At that time and place, the defendant, Frank Marco, was operating a 2000 Dodge van owned by the defendant, Teen Challenge New England, Inc., which was proceeding in a southerly direction in the right lane on Interstate 91 South near the point of its intersection with Exit 9, public streets or highways located in North Haven, Connecticut.

10. At all times mentioned herein, the defendant, Frank Marco, was acting as the agent, servant, or employee of the defendant, Teen Challenge New England, Inc., and was acting within the course and scope of his agency or employment.

11. At that time and place, the defendant, Frank Marco, abruptly and without warning entered the right center lane, causing the plaintiff, Loren Stidum, to lose control of her vehicle, to collide with the defendant's vehicle, and to strike the right shoulder guardrail, and causing the plaintiff, Loren Stidum, to sustain the injuries and damages hereinafter set forth.

12. The hereinafter stated injuries and damages to the plaintiff, Loren Stidum, were caused by the carelessness and negligence of the defendants, Frank Marco and Teen Challenge New England, Inc., in one or more of the following ways, in that Frank Marco:
a. moved from his lane of travel when such movement could not be made with safety, in violation of Section 14-236(1) of the Connecticut General Statutes;
b. failed to signal, in violation of Section 14-244 of the Connecticut General Statutes;
c. failed to keep a proper and reasonable lookout for other motor vehicles upon the highway;
d. failed to keep his vehicle under proper and reasonable control;
e. failed to apply his brakes in time to avoid a collision, although by a proper and reasonable exercise of his faculties, he could and should have done so;
f. failed to turn his vehicle to the left or to the right so as to avoid a collision, although by a proper and reasonable exercise of his faculties, he could and should have done so; and
g. failed to make reasonable and proper use of his senses and faculties.

13. As a direct and proximate result of the carelessness and negligence of the defendants, Frank Marco and Teen Challenge New England, Inc., the plaintiff, Loren Stidum, suffered and sustained the following injuries, some or all of which injuries may be permanent and partially disabling: a cervical strain, a lumbar strain, physical impairment, loss of enjoyment of life, injuries to the contiguous muscles, ligaments, nerves, soft tissues, glands, bones and joints of the injured parts, great mental and physical pain and suffering and a shock to the nervous system.

14. As a further result of the carelessness and negligence of the defendants, Frank Marco and Teen Challenge New England, Inc., the plaintiff, Loren Stidum, has incurred and will be obligated to expend large sums of money for hospital and medical care, X-rays, therapy, medication and the like in an effort to cure herself.

15. As a further result of the carelessness and negligence of the defendants, Frank Marco and Teen Challenge New England, Inc., the plaintiff, Loren Stidum, has sustained an impairment of her past earning capacity and may have sustained an impairment of her future earning capacity.

V.  REQUEST FOR RELIEF

Wherefore, the plaintiff, Loren Stidum, claims judgment against the defendants, Frank Marco and Teen Challenge New England, Inc., as follows:

1. Monetary damages, in the amount of Forty Thousand Dollars;
2. Attorney's fees and costs;
3. A jury trial is requested.

           THE PLAINTIFF, LOREN STIDUM

           BY: _____
           Bruce D. Rubenstein, Esquire
           Her Attorney
           Rubenstein and Sendy, LLC
           124 Jefferson Street
           Hartford, Connecticut 06106
           Phone No.: (860) 527-9611
           Fed Bar No # CT 00118